**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1094

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on May 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Letitia T. Pellot

Case No.:  17-17483-JNP

Hearing Date: 05/1/2018

Judge:  Honorable Jerrold N. Poslusny, Jr.

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: May 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Letitia T. Pellot
Case No.: 17-17483-JNP
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Specialized Loan Servicing, LLC successor in interest to Wells Fargo Bank, N.A., debtor's mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor shall resume regular monthly mortgage payments starting on May 1, 2018.

2. Should debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

3. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.