**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1094

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on May 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Letitia T. Pellot

Case No.: 17-17483-JNP

Hearing Date: 05/1/2018

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 10, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Letitia T. Pellot
Case No.: 17-17483-JNP
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Specialized Loan Servicing, LLC successor in interest to Wells Fargo Bank, N.A., debtor's mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor shall resume regular monthly mortgage payments starting on May 1, 2018.

2. Should debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

3. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Letitia T Pellot  
      Debtor

Case No. 17-17483-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 10, 2018  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.  
db　　　　　　+Letitia T Pellot,　337 Chancellor Drive,　Deptford, NJ 08096-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:

　　　　Brian C. Nicholas　　on behalf of Creditor　　The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10　bnicholas@kmllawgroup.com,　bkgroup@kmllawgroup.com  
　　　　Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,　summarymail@standingtrustee.com  
　　　　Isabel C. Balboa　　ecfmail@standingtrustee.com,　summarymail@standingtrustee.com  
　　　　Joseph J. Rogers　　on behalf of Debtor Letitia T Pellot jjresq@comcast.net,　jjresq1@comcast.net  
　　　　R. A. Lebron　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
　　　　Rebecca Diane Boudwin　　on behalf of Creditor　　The Villages at Rittenhouse Homeowner Association rboudwin@comegnolaw.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　William M.E. Powers　　on behalf of Creditor　　Wells Fargo Bank, N.A. ecf@powerskirn.com  
　　　　William M.E. Powers　　on behalf of Creditor　　Specialized Loan Servicing LLC ecf@powerskirn.com  
　　　　William M.E. Powers, III　　on behalf of Creditor　　Specialized Loan Servicing LLC ecf@powerskirn.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10