| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Joseph J. Rogers, Esquire (JJR 1185) <br> Washington Professional Campus <br> 900 Route 168, Suite I-4 <br> Turnersville, NJ 08012 <br> (856) 228-7964; Fax (856) 228-7965 | **Order Filed on August 7, 2018 <br> by Clerk U.S. Bankruptcy Court <br> District of New Jersey** |
| In Re: <br> Letitia Pellot | Case No.: 17-17483 JNP <br> Chapter: 13 <br> Judge: Jerrold N. Poslusny, Jr |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ ____400____ for services rendered and expenses in the amount of $_____ for a total of $____400____ . The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $____591____ per month for ___45 more___ months to allow for payment of the aforesaid fee.
[***Payments will commence August 1, 2018***]

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Letitia T Pellot  
      Debtor

Case No. 17-17483-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Aug 07, 2018
                  Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db             +Letitia T Pellot,    337 Chancellor Drive,    Deptford, NJ 08096-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Joseph J. Rogers    on behalf of Debtor Letitia T Pellot jjresq@comcast.net, jjresq1@comcast.net
        Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com
        R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
        Rebecca Diane Boudwin    on behalf of Creditor    The Villages at Rittenhouse Homeowner Association rboudwin@comegnolaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    Specialized Loan Servicing LLC ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC ecf@powerskirn.com
                                                                                                             TOTAL: 11