Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on August 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                    Chapter 13

Letitia T Pellot                          Case No. 17-17483-JNP

           Debtor.                        Hearing Date: July 17, 2018 at 10:00 a.m.

                                          Judge: Hon. Jerrold N Poslusny Jr.

### CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following page, number two (2) is hereby

ORDERED

DATED: August 16, 2018

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page: 2
Debtor: Letitia T Pellot
Case No.: 17-17483-JNP
Caption of Order: CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, National Association ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 203 BERKLEY COURT, Camden, NJ 08103 and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown:

**ORDERED AS FOLLOWS:**

1. Post-petition payments shall continue to be made timely and in full with the payment due August 1, 2018.

2. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 203 BERKLEY COURT, Camden, NJ 08103.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorneys for the Movant
By: /s/ Melissa N. Licker
Melissa N. Licker

Joseph J. Rogers
Attorney for the Debtor
By: /s/ Joseph J. Rogers
Joseph J. Rogers