UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:          17-17483 JNP

Letitia Pellot                            Chapter:                  13

                                          Judge:        Jerrold N. Poslusny Jr.

---

### NOTICE OF PROPOSED PRIVATE SALE

_____ Letitia Pellot _____, _____ Debtor _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton
                       Bankruptcy Clerk
                       50 Walnut St., 3rd Floor
                       Newark, NJ 71020

If an objection is filed, a hearing will be held before the Honorable _____ Jerrold N. Poslusny Jr. _____ on _____ April 9, 2019 _____ at _____ 10:00 _____ a.m. at the United States Bankruptcy Court, courtroom no. _____ 4C _____, _____ Camden, New Jersey _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   3184 River Ave., Camden, NJ 08102 by quitclaim deed to
                                      present co-owner

Proposed Purchaser:   Lakia Jenkins, present co-owner

Sale price:  $1.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  n/a

Amount to be paid:    n/a

Services rendered:    n/a

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            Joseph J. Rogers, Esq

Address:         900 Route 168, Suite I-4, Turnersville, NJ 08021

Telephone No.:   856-228-7964 / fax:856-228-7965

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17483-JNP
Letitia T Pellot                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Mar 12, 2019
                               Form ID: pdf905        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
```
db          +Letitia T Pellot,  337 Chancellor Drive,  Deptford, NJ 08096-5170
cr          +Specialized Loan Servicing LLC,  PO Box 60535,  City of Industry, CA 91716-0535
cr          +The Villages at Rittenhouse Homeowner Association,  Rebecca D. Boudwin, Esquire,
              Comegno Law Group, P.C.,  521 Pleasant Valley Ave,  Moorestown, NJ 08057-3209
516765295   #+Buckley Madole,  99 Wood Avenue South Suite 803,  Iselin, NJ 08830-2713
516765296   +Camden City,  P.O. Box 95120,  City Hall, Room 105, 6th Market Street,
              Camden, NJ 08101-5120
516765298   +Chase,  Attn: Correspondence Dept,  Po Box 15298,  Wilmingotn, DE 19850-5298
516765299   +Chase Card Services,  Correspondence Dept,  Po Box 15278,  Wilmington, DE 19850-5278
516765300   +Chase Mtg,  Po Box 24696,  Columbus, OH 43224-0696
517104869   +City of Camden,  Dept. of Revenue & Collections,  c/o Office of the City Attorney,
              Suite 419 - City Hall,  520 Market Street,  Camden, NJ 08102-1300
517107419   +City of Camden,  Water & Sewer,  c/o Office of the City Attorney,  Suite 419 - City Hall,
              520 Market Street,  Camden, NJ 08102-1300
516765301   +Comegno Law Group,  521 Pleasant Valley Avenue,  Moorestown, NJ 08057-3209
516991994   Department Stores National Bank,  c/o Quantum3 Group LLC,  PO Box 657,
              Kirkland, WA  98083-0657
516765302   +Fortiva/Atlanticus,  Po Box 10555,  Atlanta, GA 30310-0555
516765303   +Home Furnish,  Attention: Legal,  5324 Virginia Beach Boulevard,
              Virginia Beach, VA 23462-1828
516997503   JPMorgan Chase Bank N.A.,  Chase Records Center Attn: Correspondenc,  Mail Code LA4-5555,
              700 Kansas Lane Monroe LA 71203
516992902   +JPMorgan Chase Bank, National Association,  C/O CHASE RECORDS CENTER,
              ATTENTION: CORRESPONDENCE MAIL,  MAIL CODE: LA4-5555,  700 KANSAS LANE,
              MONROE, LOUISIANA 71203-4774
517030321   +JPMorgan Chase Bank, National Association,  c/o Chase Records Center,
              Attn: Correspondence Mail,  Mail Code LA4-5555,  700 Kansas Lane,  Monroe, LA 71203-4774
516765305   +Royal Court Homeowners Assoc,  100 Senate Court,  Camden, NJ 08103-1009
516765306   +Slomin Security,  PO Box 1886,  Hicksville, NY 11802-1886
517412648   +Specialized Loan Servicing LLC,  8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517412649   +Specialized Loan Servicing LLC,  8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,  Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,  Highlands Ranch, Colorado 80129-2386
516765307   +Specialized Loan Servicing/SLS,  Attn: Bankruptcy,  Po Box 636005,  Littleton, CO 80163-6005
516765308   ++TOYOTA MOTOR CREDIT CORPORATION,  PO BOX 8026,  CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,  Toyota Financial Services,  Po Box 8026,
              Cedar Rapids, IA 52408)
516793520   +The Bank of New York Mellon, Trustee (See 410),  C/O Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,  Highlands Ranch, Colorado 80129-2386
516816803   +The Villages at Rittenhouse Homeowners Association,  c/o Rebecca D. Boudwin, Esq.,
              521 Pleasant Valley Avenue,  Moorestown, NJ 08057-3209
516765309   +Village at Rittenhouse Homeowner's assoc,  125 sixth avenue suite 201,
              Mount Laurel, NJ 08054-1801
516765310   +Visa Dept Store National Bank,  Attn: Bankruptcy,  Po Box 8053,  Mason, OH 45040-8053
516932448   Wells Fargo Bank, N.A.,  Attn: Default Document Processing,  MAC# N9286-01Y,
              1000 Blue Gentian Road,  Eagan, MN 55121-7700
516765311   Wells Fargo Home Mortgage,  Written Correspondence Resolutions,  Mac#2302-04e- Pob 10335,
              Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47    U.S. Attorney,  970 Broad St.,
              Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:46    United States Trustee,
              Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
              Newark, NJ 07102-5235
516765297   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 23:30:22    Capital One,
              Po Box 30285,  Salt Lake City, UT 84130-0285
517006455   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 23:55:21
              Portfolio Recovery Associates, LLC,  c/o Capital One Bank, N.a.,  POB 41067,
              Norfolk VA 23541
                                                                                    TOTAL: 4
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517083761*  +The Bank of New York Mellon Trustee (See 410),  c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,  Highlands Ranch, Colorado 80129-2386
516765304   ##+Lakia Jenkins,  3715 Camden Avenue,  Pennsauken, NJ 08110-2228
                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 12, 2019
                             Form ID: pdf905           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
```
          Brian C. Nicholas   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Letitia T Pellot jjresq@comcast.net,
           jjrogers0507@gmail.com
          Melissa N. Licker   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           NJ_ECF_Notices@McCalla.com
          Phillip Andrew Raymond   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           phillip.raymond@mccalla.com
          R. A. Lebron   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Rebecca Diane Boudwin   on behalf of Creditor    The Villages at Rittenhouse Homeowner Association
           rboudwin@comegnolaw.com
          Robert P. Saltzman   on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor    Specialized Loan Servicing LLC ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor    Specialized Loan Servicing LLC
           ecf@powerskirn.com
                                                                          TOTAL: 13
```