UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on April 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Letitia Pellot

Case No.:            17-17483 JNP

Chapter:                13

Judge:        Jerrold N. Poslusny, Jr

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____ for a total of $_____500_____ . The allowance shall be payable:

☒      through the Chapter 13 plan as an administrative priority.

❏      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____617_____ per month for ___36 more___ months to allow for payment of the aforesaid fee.

** new payment amount to commence May 1, 2019

*Revised 10/3/02*