UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on April 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Letitia Pellot

Case No.: 17-17483 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____ for a total of $_____500_____ . The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____617_____ per month for ___36 more___ months to allow for payment of the aforesaid fee.

** new payment amount to commence May 1, 2019

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:   
Letitia T Pellot   
     Debtor

Case No. 17-17483-JNP   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db              +Letitia T Pellot,   337 Chancellor Drive,   Deptford, NJ 08096-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
           Brian C. Nicholas   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
            bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Joseph J. Rogers    on behalf of Debtor Letitia T Pellot jjresq@comcast.net,
            jjrogers0507@gmail.com
           Melissa N. Licker   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            NJ_ECF_Notices@mccalla.com
           Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            phillip.raymond@mccalla.com
           R. A. Lebron   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            bankruptcy@feinsuch.com
           Rebecca Diane Boudwin   on behalf of Creditor    The Villages at Rittenhouse Homeowner Association
            rboudwin@comegnolaw.com
           Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
           William M.E. Powers    on behalf of Creditor    Specialized Loan Servicing LLC ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC
            ecf@powerskirn.com
                                                                                                      TOTAL: 13