Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–17483–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Letitia T Pellot
   337 Chancellor Drive
   Deptford, NJ 08096

Social Security No.:
   xxx–xx–3974

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            March 23, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*87* – Certification in Opposition to Certification of Default (related document:85 Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 337 Chancellor Drive, Deptford, NJ 08096. Fee Amount $ 181. filed by Creditor Wells Fargo Bank, N.A., 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 02/26/2021. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Joseph J. Rogers on behalf of Letitia T Pellot. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: March 1, 2021
JAN: lgr

                                                               Jeanne Naughton
                                                               Clerk