Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17−17483−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Letitia T Pellot
    337 Chancellor Drive
    Deptford, NJ 08096

Social Security No.:
    xxx−xx−3974

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                March 23, 2021
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*87 −* Certification in Opposition to Certification of Default (related document:85 Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 337 Chancellor Drive, Deptford, NJ 08096. Fee Amount $ 181. filed by Creditor Wells Fargo Bank, N.A., 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 02/26/2021. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Joseph J. Rogers on behalf of Letitia T Pellot. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: March 1, 2021
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-17483-JNP

Letitia T Pellot                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                            Page 1 of 2

Date Rcvd: Mar 01, 2021                    Form ID: 173                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

**Recip ID**        **Recipient Name and Address**

db           + Letitia T Pellot, 337 Chancellor Drive, Deptford, NJ 08096-5170

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

**Name**        **Email Address**

Brian C. Nicholas

        on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

        on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough

        on behalf of Creditor Goldman Sachs Mortgage Company DMcDonough@flwlaw.com

Douglas J. McDonough

        on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 DMcDonough@flwlaw.com

Isabel C. Balboa

        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers

on behalf of Debtor Letitia T Pellot jjresq@comcast.net  jjrogers0507@gmail.com

Melissa N. Licker

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com,
mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

R. A. Lebron

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Rebecca Ann Solarz

on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Rebecca Diane Boudwin

on behalf of Creditor The Villages at Rittenhouse Homeowner Association rboudwin@comegnolaw.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 17