| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Letitia T Pellot<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3974<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17483–JNP | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Letitia T Pellot

<u>8/4/22</u>                                                            **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-17483-JNP
Letitia T Pellot  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Aug 04, 2022    Form ID: 3180W    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Letitia T Pellot, 337 Chancellor Drive, Deptford, NJ 08096-5170 |
| cr | + | Specialized Loan Servicing LLC, PO Box 60535, City of Industry, CA 91716-0535 |
| cr | + | The Villages at Rittenhouse Homeowner Association, Rebecca D. Boudwin, Esquire, Comegno Law Group, P.C., 521 Pleasant Valley Ave, Moorestown, NJ 08057-3209 |
| 516765296 | | Camden City, P.O. Box 95120, City Hall, Room 105, 6th Market Street, Camden, NJ 08101-5120 |
| 517104869 | + | City of Camden, Dept. of Revenue & Collections, c/o Office of the City Attorney, Suite 419 - City Hall, 520 Market Street Camden, NJ 08102-1300 |
| 517107419 | + | City of Camden, Water & Sewer, c/o Office of the City Attorney, Suite 419 - City Hall, 520 Market Street Camden, NJ 08102-1300 |
| 516765301 | + | Comegno Law Group, 521 Pleasant Valley Avenue, Moorestown, NJ 08057-3209 |
| 516765302 | + | Fortiva/Atlanticus, Po Box 10555, Atlanta, GA 30310-0555 |
| 516765303 | + | Home Furnish, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 516997503 | | JPMorgan Chase Bank N.A., Chase Records Center Attn: Correspondenc, Mail Code LA4-5555, 700 Kansas Lane Monroe LA 71203 |
| 516765304 | + | Lakia Jenkins, 3715 Camden Avenue, Pennsauken, NJ 08110-2228 |
| 518962904 | + | Legacy Mortgage Asset Trust 2020-GS4, c/o Frenkel Lambert Weiss, Weisman & Gordon, LLP, 80 Main St, Ste 460, West Orange, NJ 07052-5414 |
| 518962905 | + | Legacy Mortgage Asset Trust 2020-GS4, c/o Frenkel Lambert Weiss, Weisman & Gordon, LLP, 80 Main St, Ste 460, West Orange, NJ 07052 Legacy Mortgage Asset Trust 2020-GS 07052-5414 |
| 516765305 | + | Royal Court Homeowners Assoc, 100 Senate Court, Camden, NJ 08103-1009 |
| 516765306 | | Slomin Security, PO Box 1886, Hicksville, NY 11802-1886 |
| 516816803 | + | The Villages at Rittenhouse Homeowners Association, c/o Rebecca D. Boudwin, Esq., 521 Pleasant Valley Avenue, Moorestown, NJ 08057-3209 |
| 516765309 | + | Village at Rittenhouse Homeowner's assoc, 125 sixth avenue suite 201, Mount Laurel, NJ 08054-1801 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516765297 | + | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516991994 | | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518864666 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2022 20:38:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518864667 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2022 20:38:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs |

Case 17-17483-JNP    Doc 107    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | Notice Type | Date | Name and Address |
|---|---|---|---|
| | | | Mortgage Company, Serviced by Select Portfolio Servicing, |
| 516765299 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | Chase Card Services, Correspondence Dept, Po Box 15278, Wilmington, DE 19850 |
| 516765300 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 516992902 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | JPMorgan Chase Bank, National Association, C/O CHASE RECORDS CENTER, ATTENTION: CORRESPONDENCE MAIL, MAIL CODE: LA4-5555, 700 KANSAS LANE, MONROE, LOUISIANA 71203 |
| 517030321 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516765298 | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 517006455 | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517412648 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 04 2022 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519201238 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 04 2022 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519201239 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 04 2022 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516765307 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 04 2022 20:37:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 516765308 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 04 2022 20:37:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516793520 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 04 2022 20:37:00 | The Bank of New York Mellon, Trustee (See 410), C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516765310 | + EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516932448 | + EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516765311 | EDI: WFFC.COM | Aug 05 2022 00:33:00 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e- Pob 10335, Des Moines, IA 50306 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517412649 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517083761 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516765295 | ##+ | Buckley Madole, 99 Wood Avenue South Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 17-17483-JNP    Doc 107    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 dmcdonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor Goldman Sachs Mortgage Company dmcdonough@flwlaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Letitia T Pellot jjresq@comcast.net jjrogers0507@gmail.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Rebecca Diane Boudwin | on behalf of Creditor The Villages at Rittenhouse Homeowner Association rboudwin@brrllaw.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sean M. O'Brien | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 38

William M.E. Powers, III
                 on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 18