| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In Re: |

**Order Filed on August 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 30, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: _____
   b. Current Assignee: _____
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: _____
   e. Date of Recordation: _____
   f. Place of Recordation: _____
       i. Mortgage Book: _____
       ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ _____

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*